**United States District Court**
**Violation Notice**

CVB Location Code: W/GT

Violation Number: P 0422452
Officer Name (Print): C. FLAHERTY
Officer No.: 1326

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 01-31-2015 / 1400
Offense Charged: ☒ CFR  ☐ USC  ☐ State Code
36 CFR 4.12

Place of Offense: TETON PARK ROAD / 1 MILE S. OF WINTER T/H

Offense Description: Traffic Control Device - Posted "Do Not Enter / No Motor Vehicles" Signs

DEFENDANT INFORMATION
Last Name: HUANG
First Name: YUE
M.I.: NMN

Tag No.: BJN5235
State: AZ
Year: 15
Make/Model: JP LATITUDE
Color: D. BLUE

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $25 Processing Fee
PAY THIS AMOUNT → $ MA  Total Collateral Due

YOUR COURT DATE
Date: 02-24-2015
Time: 0900 AM

X Defendant Signature: [signed]

Original - CVB Copy        NPS 10-50 (Rev. 7-05)

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge