

FILED
*11:21 am, 2/19/15*
**Stephan Harris
Clerk of Court**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING
## YELLOWSTONE NATIONAL PARK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s), | **NOTICE** |
| vs. | |
| YUE HUANG, <br> Defendant(s). | Case Number: 3:15-po-00059-MLC |

**TYPE OF CASE:**

**CRIMINAL**

**TAKE NOTICE** that a proceeding in this case has been RESET for the place, date, and time set forth below:

| PLACE: <br><br> Clifford P. Hansen Federal Courthouse <br> 145 E. Simpson St. <br> Jackson, WY 83001 <br> (307)733-4126 | BEFORE: <br> Mark L. Carman, U.S. Magistrate Judge | |
|---|---|---|
| | DATE AND TIME PREVIOUSLY SCHEDULED: <br> **002/24/2015 10:00 a.m. (Mountain Time)** | CONTINUED TO DATE AND TIME: <br> **03/31/2015 9:00 a.m. (Mountain Time)** |

**TYPE OF PROCEEDING**

**Initial Appearance**

STEPHAN HARRIS
Clerk of Court

February 19, 2015
Date

Lauren Hamilton
Judicial Assistant

TO:
Francis Leland Pico
Assistant United States Attorney
P.O. Box 703
Yellowstone National Park, WY 82190
(307) 344-2119

Yue Huang
International Address on file
E-mail: yuehuang@tencent.com

**YOU CAN CONTACT THE ASSISTANT
UNITED STATES ATTORNEY, LEE PICO AT
(866) 835-9525 TOLL FREE.**